UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS MORGAN,

         Plaintiff,

    v.

TY ZATTIERO, et al.,

         Defendants.
                                    /

NO. CIV. S-94-2091 LKK/JFM

O R D E R

Pursuant to the hearing held on April 7, 2008, the court orders as follows:

1. Arthur Hayden's motion to intervene in this action is GRANTED;

2. The government shall file a brief responding to the issues raised in Mr. Hayden's filing by April 18, 2008. Mr. Hayden shall then file a brief responding to the government by April 28, 2008. The government may then file a reply brief by May 3, 2008. A hearing is SET for May 19, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 7, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT