UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS MORGAN,

        Plaintiff,

   v.

TY ZATTIERO, et al.,

        Defendants.
_____/

NO. CIV. S-94-2091 LKK/JFM

O R D E R

Good cause appearing, the court adopts the briefing schedule proposed by the parties. The hearing currently set for May 19, 2008 shall be continued to June 2, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 23, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1