1  MICHAEL S. WILCOX (SBN 215269)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:    916.444.8334

5  Attorneys for Third Party,
   NEW WORLD FOUNDATION
6
   McGREGOR W. SCOTT
7  United States Attorney

8  G. PATRICK JENNINGS
   Trial Attorney, Tax Division
9  U.S. Department of Justice
   P.O. Box 683
10 Ben Franklin Station
   Washington, D.C. 20044-0683
11 Telephone: (202) 307-6648

12 Attorneys for the United States of America

13                     UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

15

16 NICOLAS MORGAN,                         )   No. CV-S-94-2091-LKK-JFM
                                           )
17                 Plaintiff,              )
                                           )   **STIPULATION AND ORDER TO**
18       v.                                )   **CONTINUE HEARING AND**
                                           )   **BRIEFING ON NEW WORLD**
19 TY ZATTIERO, ROY ZATTIERO, PAULINE      )   **FOUNDATION'S MOTION TO**
   A WOOD, HARREL D. WOOD, PAULINE A.      )   **INTERVENE**
20 WOOD C/O TINNING & DE LAP, HARREL       )
   D. WOOD C/O TINNING & DE LAP, A.P.S.,   )   Date:         June 2, 2008
21 INC., DISTRICT DIRECTOR OF INTERNAL     )   Time:         10:00 a.m.
   REVENUE, LOUIS D. MUSICK, ERWINA        )   Courtroom:    No. 4, 15th Floor
22 MUSICK, CAL-SIERRA TITLE CO., STATE     )
   OF CALIFORNIA DEPARTMENT OF             )   Honorable Lawrence K. Karlton
23 BENEFIT PAYMENTS, ROY D. ZATTIERO,      )
   ROY D. ZATTIERO, JR., RICHARD W.        )
24 CLARK C/O ROY D. ZATTIERO, ET AL.,      )
                                           )
25                 Defendants.             )
                                           )
26

27       New World Foundation ("New World") and the United States of America ("United States"),

28 by and through their respective attorneys, hereby stipulate, subject to the Court's approval, to



continue the hearing of New World's Motion to Intervene to **June 30, 2008** at 10:00 a.m., with New World's brief due on **June 4, 2008** and the United States' reply due on **June 18, 2008.**

      The parties previously requested continuation of the briefing dates to allow New World's new counsel to become familiar with the case. In so doing, counsel chose briefing dates that would allow the previously scheduled hearing to go forward without change. On April 24, 2008 the Court granted the requested change in briefing dates but also continued the hearing date to June 2, 2008 at 10:00 a.m. Unfortunately, counsel for New World has a previously scheduled hearing on that day and time. Both parties are available for a hearing on June 30, 2008 and wish to again continue the briefing so as to maximize time for consultation and negotiation.

DATED: April 28, 2008                                McDONOUGH HOLLAND & ALLEN PC
                                                            Attorneys at Law

By:     */s/ Michael S. Wilcox*
      MICHAEL S. WILCOX

Attorneys for Third Party,
NEW WORLD FOUNDATION

DATED: April 28, 2008                                McGREGOR W. SCOTT
                                                           United States Attorney

By:     */s/ G. Patrick Jennings*
      G. PATRICK JENNINGS

Attorneys for the
UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

DATED: April 29, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT



| | |
|---|---|
| CASE TITLE: | Nicolas Morgan v. Ty Zattiero, et al. |
| COURT/CASE NO: | U.S.D.C., Eastern District of California, No. CV-S-94-2091-LKK JFM |

**PROOF OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814.  I am over the age of eighteen years and not a party to the foregoing action.  On April 29, 2008 I served the within:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES ON NEW WORLD FOUNDATION'S MOTION TO INTERVENE**

☒ **(by electronic filing with the Clerk of the Court using the CM/ECF System)** in accordance with F.R.C.P 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

G. Patrick Jennings
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
T:  202.307.6648
F:  202.307.0054
*Attorneys for Defendant the United States of America*

Douglas Roeca, Esq.
3062 Cedar Ravine Road
Placerville, CA 95667
*Attorney for Defendants Louis D. Musick and Erwina Musick*

☒ **(Non-CM/ECF Participants)** In accordance with F.R.C.P 5 and the above Court's Local Rules and pursuant to the above Court's Notice of Electronic filing some of the participants in the case are not CM/ECF users and must be served using conventional means.  Therefore, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California:

Roy D. Zattiero
Carol M. Zattiero
Roy D. Zattiero, Jr.
Ty Joseph Zattiero
1204 Greenhills Road
Sacramento, CA 95864

Pete Hentschal
P. O. Box 3199
Quincy, CA 95971
T:  916.283.1110
*Attorneys for Defendant Cal-Sierra Title Co.*

Nicholas Morgan
P. O. Box 3199
Quincy, CA 95971
T:  916.283.1110

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2008, at Sacramento, California.

                                          */s/ Amy Kauba*
                                          AMY KAUBA