MICHAEL S. WILCOX (SBN 215269)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Third Party,
NEW WORLD FOUNDATION

McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| NICOLAS MORGAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TY ZATTIERO, ROY ZATTIERO, PAULINE A. WOOD, HARREL D. WOOD, PAULINE A. WOOD C/O TINNING & DE LAP, HARREL D. WOOD C/O TINNING & DE LAP, A.P.S., INC., DISTRICT DIRECTOR OF INTERNAL REVENUE, LOUIS D. MUSICK, ERWINA MUSICK, CAL-SIERRA TITLE CO., STATE C CALIFORNIA DEPARTMENT OF BENEFIT PAYMENTS, ROY D. ZATTIERO, ROY D. ZATTIERO, JR., RICHARD W. CLARK C/O ROY D. ZATTIERO, ET AL.,<br><br>　　　　　　Defendants. | No. CV-S-94-2091-LKK-JFM<br><br>**STIPULATION AND ORDER**<br><br>Honorable Lawrence K. Karlton |

　　　　WHEREAS, on November 16, 1999, this Court entered an Order in the above captioned action Granting a Motion to Enforce Settlement Agreement and Dismissing



Certain Claims with Prejudice (the "November 1999 Order");

WHEREAS, the settlement agreement that was the subject of the November 1999 Order provided that the United States of America ("United States") may seize and sell a certain real property, commonly known as 1986 East Main Street, Quincy, California (the "Property"), and retain $35,000 with interest from October 31, 1999 from that sale. The settlement agreement also provided that proceeds of such sale in excess of the amount sufficient to pay the United States would be paid to Stewart Title Guarantee Company;

WHEREAS, the Court's November 1999 Order enforcing the settlement agreement dismissed all claims and counterclaims of the parties with prejudice, with the exception of the United States' claims against Roy and Carol Zattiero which were previously reduced to judgment;

WHEREAS, about November 1999, Stewart Title Guarantee Company transferred its entire interest in the Property to New World Foundation ("New World") and has subsequently stated that it does not intend to contest New World's right to receive the benefit of the proceeds of the aforementioned sale in excess of the United States' interest;

WHEREAS, as a result of these transactions and agreements, the United States and New World believe themselves to be the only entities and/or individuals having or claiming an interest in the Property; and

WHEREAS, New World wishes to pay the United States the amount it is owed and obtain title to the Property and the United States does not object to this resolution.

NOW, THEREFORE, New World and the United States, by and through their respective attorneys, hereby stipulate, subject to the Court's approval, as follows:

1. Within six months of the date of entry of this Order, New World shall pay the United States $62,395.81, plus interest applicable to underpayments of tax from June 30, 2008, in exchange for a discharge of the United States' interest in the Property relating to the Form 1040 tax liabilities of Roy D. Zattiero and Carol Zattiero for the years ending December 31 1980, 1981, and 1986.

2. New World Foundation is substituted as a party defendant in place of



1  Stewart Title Guarantee Company under Rule 25 of the Federal Rules of Civil Procedure.

2      3.    It is anticipated that New World will need to obtain financing, using the
3  Property as collateral, to payoff the government's interest.  The United States and New
4  World agree that payment of the government's interest may be delayed by up to six months
5  from date of entry of this Order while New World obtains such financing and, if necessary,
6  brings a quiet title action so as to obtain financing.  The United States shall subordinate its
7  interest in the Property for the sole purpose of allowing New World to obtain financing to
8  pay off the government's interest and shall otherwise cooperate in such financing efforts.
9  The United States shall receive payment directly from escrow, and said escrow company
10 and escrow instructions must be approved in writing by the United States.

11     4.    Upon expiration of six months following entry of this Stipulation and Order,
12 the United States shall, if the payment in paragraph 1 is not received, have the right to seek
13 an Order of Judicial Sale to sell the Property with proceeds distributed pursuant to the terms
14 of the November 1999 Order, except that the surplus over the interest of the United States
15 will be paid to New World and not to Stewart Title.

16     5.    As the result of this Stipulation and Order and the transactions and Orders
17 referenced herein, upon payoff of the interest of the United States as set forth in paragraph
18 1, above, New World shall be the sole holder of interest in the Property and shall succeed to
19 its title, and the interests of all other parties to this action shall be discharged from the
20 Property.  With respect to the United States, only the interest specified in paragraph 1,
21 above, shall be discharged.



Stipulation and [Proposed] Order                                                1113680v1 29966/0003

PDF created with pdfFactory trial version www.pdffactory.com

The parties request entry of an Order as set forth in the numbered paragraphs above.

DATED: July 21, 2008                McDONOUGH HOLLAND & ALLEN PC
                                    Attorneys at Law


                                    By:   /s/ Michael S. Wilcox
                                          MICHAEL S. WILCOX

                                    Attorneys for Third Party,
                                    NEW WORLD FOUNDATION


DATED: July 21, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                                    By:   /s/ G. Patrick Jennings
                                          G. PATRICK JENNINGS

                                    Attorneys for the
                                    UNITED STATES OF AMERICA

DATED: July 21, 2008                DOUGLAS R. ROECA
                                    Attorney at Law


                                    By:   /s/ Douglas R. Roeca
                                          DOUGLAS R. ROECA

                                    Attorney for STEWART TITLE
                                    GUARANTEE COMPANY


**IT IS SO ORDERED.**


DATED: July 22, 2008.


                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT



PDF created with pdfFactory trial version www.pdffactory.com